CYRENA FERRY, APPELLANT, *v.* DELAVAN STEPHENS AND ANOTHER, RESPONDENTS.

*Gift — when complete.*

Defendants' devisor, intending to give certain land to the plaintiff, executed a contract for the sale thereof to her, by which she agreed to pay $1,100; subsequently, he indorsed upon the contract a receipt in full, and delivered the same to her, although no money had been actually paid thereon. *Held,* that the indorsement of the receipt upon the contract, and the delivery thereof to the plaintiff, under the circumstances, constituted a valid gift to her of the debt due thereon, and that she was entitled to maintain an action for the specific performance of the contract against his devisees.

*Gray* v. *Barton* (55 N. Y. 68) followed.

APPEAL from a judgment in favor of the defendants, entered upon the trial of this action by the court, without a jury.

*Hakes & Stevens*, for appellant.    *Wm. Rumsey*, for respondents.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed and new trial granted, costs to abide the event.